# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CABRERA,<br><br>    Petitioner,<br><br>  v.<br><br>MATTHEW CATE,<br><br>    Respondent. | No. EDCV 12-1554-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 4, 2013

_____
JAMES V. SELNA
United States District Judge